Jacob L. Houmand, Esq. (NV Bar No. 12781)
Email: jhoumand@houmandlaw.com
Bradley G. Sims, Esq. (NV Bar No. 11713)
Email: bsims@houmandlaw.com
HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:    702/720-3370
Facsimile:    702/720-3371

*Counsel for Ryan A. Andersen, Chapter 7 Trustee*

*Electronically Filed On: August 6, 2021*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>GREGG WILLIAM CHAMBERS,<br><br>        Debtor. | Case No. BK-S-20-12895-MKN<br>Chapter 7<br><br>**STIPULATION REGARDING**<br>**EXTENSION OF DISCOVERY**<br>**DEADLINES FOR EVIDENTIARY**<br>**HEARING**<br><br>Date of Hearing:     N/A<br>Time of Hearing:    N/A<br><br>Judge: Honorable Mike K. Nakagawa[1] |

This Stipulation is entered into by and among Ryan A. Andersen (the "Trustee"), the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case, by and through his counsel, Jacob L. Houmand, Esq. and Bradley G. Sims, Esq. of the Houmand Law Firm, Ltd., Eugene Tumbarello and Shamrock Painting, Inc. (collectively, the "Creditor") by and through their counsel of record, R. Christopher Reade, Esq., and Gregg Williams Chambers (the "Debtor", and together with the Trustee and the Creditor, the "Parties"), based on the following:

**I.    RECITALS**

1.    On June 17, 2020, the Debtor filed a voluntary bankruptcy pursuant to Chapter 7 of Title 11 of the United States Code. [ECF No. 1].

---

[1] All references to "ECF No." are to the numbers assigned to the documents filed in the case as they appear on the docket maintained by the clerk of the court.

HOUMAND LAW FIRM, LTD.<br>9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148<br>Telephone: (702) 720-3370 Facsimile: (702) 720-3371

2. On June 17, 2020, the Debtor filed a Schedule C, claiming various exemptions, including an exemption in the Robin Circle Property in the amount of $203,091.00 pursuant to N.R.S. §§ 21.090(1)(l), 115.005, 115.010, 115.050 and an exemption in various tools under N.R.S. § 21.090(1)(d). See Schedule C. [ECF No. 1], pp. 22-24.

3. On June 17, 2020, the Debtor filed a Statement of Financial Affairs, identifying the sale of the Dean Court Property and provided that a balance of $40,000.00 remained in escrow. *See* [ECF No. 1] p. 48.

4. On June 23, 2020, the Trustee was appointed as the successor Chapter 7 Trustee in the Debtor's bankruptcy case. [ECF No. 18].

5. On February 26, 2021, the Debtor filed an amended Schedule C (the "Second Amended Schedule C") that asserts exemptions in, inter alia, the Robin Circle Property in the amount of $268,091.00 pursuant to N.R.S. §§ 21.090(1)(l), 115.005, 115.010, and 115.050; an exemption in the Proceeds in the amount of $ 8,367.00 pursuant to N.R.S. § 21.090(1)(z); an exemption in the Proceeds in the amount of $35,633.00 pursuant to N.R.S. § 21.090(1)(g), and an exemption in "SCAFFOLDING, LADDERS, BRUSHES, HAND TOOLS, PAINT SPRAYERS, SAWS, CHOPSAWS, DRILLS, MIXURES [sic]" pursuant to N.R.S. § 21.090(1)(d). [ECF No. 154] p. 3-5.

6. On or about February 26, 2021, The Debtor filed an Amended Statement of Financial Affairs. [ECF No. 157] p. 3.

7. On March 23, 2021, the Trustee filed an *Objection to Debtor's Claim of Exemptions Pursuant to 11 U.S.C. § 522(l) and Federal Rule of Bankruptcy Procedure 4003*. [ECF No. 160] (the "Objection").

8. On March 29, 2021, the Creditor filed a *Joinder in Trustee's Objection to Debtor Gregg Chamber's Claim of Exemptions Pursuant to 11 U.S.C. 522 & Federal Rule of Bankruptcy Procedure 4003*. [ECF No. 168] (the "Joinder").

9. On April 8, 2021, the Debtor filed an amended Schedule C, increasing his claimed homestead exemption. [ECF No. 169].

10. On April 8, 2021, the Debtor filed an *Opposition to Trustees Objection to Debtors*

HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

*Claim of Exemption Pursuant to 11 U.S.C. §522(1) and Federal Rule of Bankruptcy Procedure 4003.* [ECF No. 170].

11. On April 15, 2021, the Trustee filed a *Reply to Opposition to Objection to Debtors Claim of Exemptions Pursuant to 11 U.S.C. § 522(l) and Federal Rule of Bankruptcy Procedure 4003.* [ECF No. 171].

12. On April 16, 20201, the Creditor filed a *Reply in Support of Joinder in Trustee's Objection to Debtor Gregg Chamber's Claim of Exemption.* [ECF No. 172].

13. On April 28, 2021, the Court held a hearing on the Objection and determined that an evidentiary hearing was required to resolve some of the claims alleged in the Objection.

14. The Parties were tasked with creating a discovery plan prior to the scheduling of an evidentiary hearing.

15. On May 7, 2021, the Trustee filed a *Supplemental Objection to Debtor's Amended Claim of Exemptions Pursuant to 11 U.S.C. § 522(l) and Federal Rule of Bankruptcy Procedure 4003* [ECF No. 175] (the "Supplement").

16. On May 11, 2021, the Parties filed a *Stipulation Regarding Deadlines for Evidentiary Hearing* [ECF No. 176] (the "Stipulation").

17. On May 13, 2021, the Court entered an *Order Granting Stipulation Regarding Deadlines for Evidentiary Hearing* [ECF No. 177] which granted the Stipulation and established the a Discovery Cut-Off Date of August 11, 2021.

18. The Parties have met and conferred and agreed that additional time is required for discovery.

## II. STIPULATION

NOW, THEREFORE, based on the foregoing, and subject to Court approval, the Parties agree as follows:

1. The Parties shall have an additional two weeks to conduct discovery.

2. That the new discovery deadline shall be August 25, 2021.

**HOUMAND LAW FIRM, LTD.**
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

3.     That this Stipulation is without prejudice to any of the Parties requesting a further extension of the discovery deadlines as modified herein, from the Court for cause shown.

**4.        IT IS SO STIPULATED.**

Dated this 6th day of August, 2021.                    Dated this 6th day of August, 2021.

By: */s/ Bradley G. Sims, Esq.*                              By: */s/ Christopher P. Burke*
Jacob L. Houmand, Esq. (NV Bar No. 12781)      Christopher P. Burke, Esq. (NV Bar No. 4093)
Bradley G. Sims, Esq. (NV Bar No. 11713)          Chris P. Burke & Associates
Houmand Law Firm, Ltd.                                    218 S. Maryland Parkway,
9205 West Russell Road, Building 3, Suite 240    Las Vegas, NV 89101
Las Vegas, NV 89148
                                                                        *Counsel for the Debtor*
*Counsel for Ryan A. Andersen, Chapter 7*
*Trustee*

Dated this 6th day of August, 2021.

By: */s/ R. Christopher Reade*
R. Christopher Reade, Esq. (NV Bar No. 6791)
Jay A. Shafer, Esq. (NV Bar No. 9184)
Cory Reade Dows and Shafer
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128

*Counsel for the Creditor*

**HOUMAND LAW FIRM, LTD.**
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

-4-